# EXHIBIT 1



# Citation Number 16611-2022-0

**Prince George's County Department of Permitting, Inspections and Enforcement**

VS.

**Property Address**  14405 FARMINGTON CREEK RD
ACCOKEEK, MD 20607

Tax Acct #: 0385104
Date/Time of Offense: 5/2/2022 11:16:53AM

### INFRACTION
Respondent is charged with violation of the following

**1,000.00 Fine:**
4-352 - No work for new construction, alteration, removal, demolition, or other building operation shall be performed until a permit has been issued and the proper fees have been paid, or perfroms work outside the scope of the permit is in violation.

**1,000.00 Fine:**
SB-111 - If a lot or parcel has an approved Conservation Plan prior to the effective date of the 2014 Critical Area Boundary Map, the Conservation Plan, Conservation Agreement and any associated Conservation Easements remain in full force and effect until: (i) the plan, agreement and/or easement are revised, approved and re-recorded or (ii) using the Staff Level Review process a determination is made that the property is no longer within the Critical Area and the approved plan is abandoned.

**1,000.00 Fine:**
R113.1 - It shall be unlawful for any person, firm or corporation to erect, construct, alter, extend, repair, move, remove, demolish or occupy any building, structure or equipment regulated by this code, or cause same to be done, in conflict with or in violation of any of the provisions of this code.

**1,000.00 Fine:**
R113.4 - Any person who violates a provision of this code or fails to comply with any of the code requirements thereof or who erects, constructs, alters or repairs a building or structure in violation of the approved construction documents or directive of the building official, or of a permit or certificate issued under the provisions of this code, shall be subject to penalties as prescribed by law.

**Details of Violation:** Pier replacement without a permit in the CBCA

**Correction Requirements:** Obtain a building permit and stop all work until permit obtained. A lift stop inspection is required.

### Pay Fine(s) Due In The Amount Of 4,000.00
OR REQUEST A HEARING BY FOLLOWING INSTRUCTIONS ON THE REVERSE OF THIS CITATION
OR BE SUBJECT TO A DEFAULT JUDGMENT.

SEE REVERSE SIDE FOR PAYMENT INSTRUCTIONS & HEARING REQUEST PROCEDURES
**INSPECTOR USE ONLY**
**SERVICE OF CITATION**
Posted Notice on the Front Door of Property