# EXHIBIT 2



Angela D. Alsobrooks
County Executive

# THE PRINCE GEORGE'S COUNTY GOVERNMENT
## Department of Permitting, Inspections and Enforcement
### Enforcement Division



## NOTICE
### Parties or Gatherings of a Commercial Nature are prohibited in Residential Zones

Prince George's County want to make sure that all its citizens are able to use their property in a manner consistent with the peace, health, safety and general welfare of the County and their neighborhoods.

Activities that are generally prohibited in residential neighborhoods and zones include any event, gathering, party, or picnic that involves:

- Admission fees;
- Cover charges;
- Door charges;
- Entry fees;
- Tickets sales;
- Food or beverage sales;
- Adult entertainment charges, fees or sales;
- Personal profit to the homeowner or organizer of an event; or
- Is open to the public.

**Engaging in these types of activities may result in the county ordering the immediate closure of your event, and issuing citations or violation notices to the homeowner, tenant, or event organizer. Enforcement actions by the County may include the payment of fines, petitions for injunctive relief, or results for other forms of relief from a court.**

Please be mindful of your neighbors and remember that debris, litter, and excessive noise from lawful parties or picnics also affect your neighbors and the citizens of the County. Please help keep the County clean.

If you have any questions about particular uses that are permitted or prohibited on your property, or the availability of permits, special exceptions, or special permits, inquiries can be made with the Prince George's County Department of Permitting, Inspections and Enforcement at 301-883-5776.

---

* This Notice is designed to provide general guidance to homeowners in Prince George's County and is not intended to be a complete list of all permitted and prohibited uses on any particular parcel of property. See generally Prince George's county Code §§ 27-101, et seq.

* Homeowners living in municipalities may be subject to additional ordinances or regulations. Please contact your City or Town for more information.

07/2013

9400 Peppercorn Place, Suite 600, Largo, Maryland 20774
Phone: 301.883.6168 ♦ http://DPIE.mypgc.us ♦ FAX: 301.883.6050