# EXHIBIT 3




# Prince George's County
Department of Permitting, Inspections and Enforcement
## BOARDS AND COMMISSIONS
9400 Peppercorn Place, 5th Floor
Largo, Maryland 20774
(301) 636-2020 ◆ FAX: (301) 636-2021

# SUMMARY OF NUISANCE* COMPLAINT

Date: June 22, 2023

OFFICE USE ONLY

File #: _____

### SECTION A — SUMMARY OF NUISANCE COMPLAINT

**Nuisance #1:**  Date: 06/10/2023   Time: 2232   Type: Loud Music Complaint
Description of Nuisance: on June 10, 2023 at 1700 hours Police responded to 14405 Farmington Creek Rd, Accokeek MD for a loud party complaint.  once on scene officers spoke with a male claiming to be the home owner.  Officers on scene claimed that there were multiple vehicles parked in the street where visible NO Parking signs are placed.  Officers asked the home owner to have the vehicles moved and the owner became uncooperative but eventually had the vehicles moved and the music turned down.  Neighbors said after Police left the area vehicle were brought back and music turned back up to loud causing a further disturbance.

**Nuisance #2:**  Date: 2/26/2023   Time: 0128   Type: Party Complaint
Description of Nuisance: A history check of this residence at 14405 Farmington Creek Rd with a date range from June 20, 2020 to June 20, 2023 has an a total of 11 Party complaints with officers responding out 41 times to shut down the parties.  Party Notification letters were issued to the home owner at 14405 Farmington Creek Rd, Accokeek, MD 20607.  The notification letter was served May 5, 2022

### SECTION B — IDENTIFICATION

Tenant/Respondent Information (Location of Nuisance Complaint):

Name: Angela Floyd

Address: 14405 Farmington Creek Rd   Accokeek   MD   20607
         Street                       City       State ZIP

Home Phone: 240-455-4635   Cell Phone: 240-301-3479   Work Phone: _____

E-mail: angela@intelligenttaxsolution.com

## SECTION B — IDENTIFICATION, continued

**Property Owner Information:**

Name: Angela Floyd

Address: 14405 Farmington Creek Rd    Accokeek    MD    20607
        Street                         City        State  ZIP

Home Phone: 240-455-4635    Cell Phone: 240-301-3479    Work Phone: _____

E-mail: angela@intelligenttaxsolution.com

**Complainant Information:**

Name: Dianne Wallace, J.D.

Address: 14600 Farmington Creek Rd    Accokeek    MD    20607
        Street                         City        State  ZIP

Home Phone: _____    Cell Phone: 703-869-5144    Work Phone: _____

E-mail: diannewallace4@gmail.com

**Witness Information:**

Name: Maria Famia

Address: 14408 Farimington Creek Rd    Accokeek    MD    20607
        Street                          City        State  ZIP

Home Phone: _____    Cell Phone: 301-266-5585    Work Phone: _____

E-mail: mariafemia@hotmail.com

## SECTION C — REPORTING AGENCY

Name of Agency: Prince George's County Police Department

Contact Person: Cpl. Stephen Rannacher #3124

Agency Address: 11108 Fort Washington Rd,    Fort washington,    MD    20744
               Street                          City               State  ZIP

Cell Phone: 240-507-8110    Work Phone: 301-292-5339

E-mail: sdrannacher@co.pg.md.us

**Please attach or upload photos and supporting documentation with this form.**

\* Section 14-171 of the County code — Neighborhood Nuisance means any premises (except as defined by Section 138(a)(9)) on or in which, on two or more separate occasions within a one-year period before the start of a proceeding under this subtitle, an owner, tenant or occupant of the premises: (A) acts in a disorderly manner that disturbs the public peace; or (B) engages in acts, creates or maintains conditions that allows others to act in a disorderly manner, that disturbs the public peace; or (C) engages in activities that are prohibited in residential neighborhoods and zones, including any event, gathering party, or picnic that involves: admission fees; cover charges; door charges; entry fees; ticket sales; food or beverage sales; adult entertainment charges, fees or sales; personal profit to the homeowner or organizer of an event; or is open to the general public.