# EXHIBIT 4

**Rannacher, Stephen D.**

| | |
|---|---|
| **From:** | Mitchell, Jeffrey D. |
| **Sent:** | Wednesday, July 5, 2023 11:57 PM |
| **To:** | Rorick, Jason T.; Mutai, Chris; Ruiz, David I.; Blackwell, Victoria A.; Rannacher, Stephen D. |
| **Cc:** | Jackson, Nancy Q.; Dillingham, Danyeah M. |
| **Subject:** | Fwd: Illegal Commercial House Party |

Good Evening

Please see the listed complaint and take necessary enforcement action if necessary

Thank You

Major

---

**From:** Bowman, Eric B. <EBBowman@co.pg.md.us>
**Sent:** Wednesday, July 5, 2023 10:36 PM
**To:** Thomas.Cassidy@icemiller.com <Thomas.Cassidy@icemiller.com>
**Cc:** Lyles, Kimberly L. <KLLyles@co.pg.md.us>; Freeman, LaShawn M. <LMFreeman@co.pg.md.us>; Cary, Valerie <vcary@co.pg.md.us>; Mitchell, Jeffrey D. <JDMitchell@co.pg.md.us>; Sheppard, Terence <TSheppard@co.pg.md.us>; terrance.taylor@mail.house.gov <terrance.taylor@mail.house.gov>
**Subject:** RE: Illegal Commercial House Party

Hello Mr. Cassidy,

Thank you for bringing this matter to our attention. For appropriate action and follow-up, leadership of the Prince George's County Police District VII, Department of Permitting, Inspections and Enforcement, and the Board of License Commissioners are copied on this email.

Regards,

**Eric Bowman**
Chief of Staff, Council Member Sydney J. Harrison
Prince George's County Council, District 9
Wayne K. Curry County Administration Building
1301 McCormick Dr, Largo, MD 20774 2nd Floor
Office: 301-952-3820
e-mail: ebbowman@co.pg.md.us

---

**From:** Taylor, Terrance <terrance.taylor@mail.house.gov>
**Sent:** Tuesday, July 4, 2023 10:23 PM
**To:** Thomas.Cassidy@icemiller.com
**Cc:** Council District 9 <councildistrict9@co.pg.md.us>
**Subject:** Re: Illegal Commercial House Party

1

**CAUTION:** This email originated from an external email domain which carries the additional risk that it may be a phishing email and/or contain malware.

Mr. Cassidy;
Below is the contact information for Councilman Sydney Harrison. This matter falls under the county government's noise ordinance, which is under Councilman Harrison's jurisdiction. https://pgccouncil.us/291/District-9---Harrison

In addition, I'm copying his staff on this email.

Terrance Taylor
Office of Congressman Steny Harrison

Sent from my iPhone

> On Jul 4, 2023, at 9:38 PM, Thomas.Cassidy@icemiller.com wrote:
>
> RE: Constituent Services, Illegal Strip Club Party Concert 14405 Farmington Creek Road Accokeek planned for July 8th, 2023
>
> Dear Mr. Taylor,
> I hope all is well. I represent a group of homeowners in Prince George's County who have been besieged by a new neighbor who has been destroying the fabric of the quiet neighborhood near Calvert Manor. See attached party flyer from Ticket Tailor. He has been in violation on numerous occasions to no avail.
>
> I am representing an amazing African American woman who worked her whole life in order to buy one of the few waterfront properties in the County. A few of the other besieged neighbors are single African American women among others bullied by the individual at 14405 Farmington Creek Road in Accokeek.
>
> As you can see from the flyer this is a misogynistic event not suited for a 100 percent residential neighborhood. It is shocking that in a County with many top positions held by women that this vulgar and unsafe event would be tolerated.
>
> I am an HBCU graduate and a former Clerk to Judge Luke Moore so I do not indiscriminately point fingers at people. The events this man puts on are beyond the pale and not even close. It is particularly disrespectful and offensive occurring in such a strong and beautiful African American centric County.
>
> The community hopes you can assist in making sure officialdom can take action on a continuing problem here. Thanks for the work you do.
> Regards,
> Tommy Cassidy

https://urldefense.com/v3/   https://www.tickettailor.com/events/prettybeeent/926060   ;!!Bg5easoy C-OlI2vlEqY8mTBrtW-N4OJKAQ!PfCwt7-8UP8wJxsGa6pLIaqKQVepX3tr3MzUxcNy3c-XUFlSdkziny DUSTSzNXciThum_DvDhsSQzDcs6HouBX2aKCPAXg5Y6RwGjw$

2