# EXHIBIT 6

 

**NUISANCE ABATEMENT BOARD**
**PRINCE GEORGE'S COUNTY, MARYLAND**

Angela Floyd                                                              Case No.: 30-23
14405 Farming Creek Road
Accokeek, MD 20607

**YOU ARE HEREBY OFFICIALLY SUMMONED** to appear before the Prince George's County Nuisance Abatement Board:

**DATE:**   Thursday, July 20, 2023

**TIME:**   10:30 A.M.

**PLACE:**  Meeting ID: 845 3350 6586; https://us06web.zoom.us/j/84533506586
            +13017158592 US (Washington DC)

**CHARGES:**
A complaint regarding loud noise & music causing neighborhood disturbance, 11 loud noise & music complaints between June 2020 – June 2023, and continued non-compliance after multiple Party Notification Letters were issued at property address 14405 Farmington Creek Road, Accokeek, MD 20607 has been referred to the Nuisance Abatement Board of Prince Georges County, Maryland. All parties shall give testimony and may provide evidence to support their position on this case. Either party may bring legal counsel, witnesses, NOTARIZED statements for those witnesses who will not be in attendance at the Hearing, pictures, videos, and any information that supports their legal position.

If you are going to be represented by legal counsel, or you require an interpreter (special dialect), you must notify this office within seven (7) business days prior to your scheduled Hearing. All physical evidence (i.e., pictures, notarized statement documents) presented at the Hearing become a part of the permanent record. The hearing internet link and audio number has been provided above to attend. Please utilize the most comfortable technology to attend the hearing.

All individuals must utilize the video function (*must be turned* on) when affirming and testifying before the Nuisance Abatement Board. If you are unable to be on video, photographic identification (i.e. *driver's license*) must be submitted (2) days before the hearing notifying the OBC via the following email address: dpieobc@co.pg.md.us. Questions should be directed to 301 456-3180 or DPIEOBC@co.pg.md.us . If you are unable to attend the Hearing on the scheduled date, you must notify the OBC in writing to dpieobc@co.pg.md.us seven (7) business days prior to the Hearing. Pursuant to Section 14-173(b) of Prince George's County Code, if the Respondent fails to appear at the

scheduled Hearing after proper notice was given to the Respondent of the Hearing date and time, the Nuisance Abatement Board will hold the Hearing and issue an Order in absence of the Respondent.

_____
Michelle Lyons, Administrator
Nuisance Abatement Board