# EXHIBIT 7

# PRINCE GEORGE'S COUNTY JOB CARD
### DEPARTMENT OF PERMITTING, INSPECTIONS AND ENFORCEMENT PERMITTING AND LICENSING DIVISION
### PERMITTING CENTER
**9400 PEPPERCORN PLACE, 1st FLOOR, LARGO, MD 20774**




**PROPERTY OWNER** (240) 620-7236
ANGELA FLOYD
14405 FARMINGTON CREEK RD
ACCOKEEK, MD 20607

**OCCUPANT** (240) 620-7236
SASSIE MENTORING, INC.
14405 FARMINGTON CREEK RD
ACCOKEEK, MD 20607

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| TYPE OF JOB CARD: | DPIE UTZ | ISSUANCE DATE: | Sep-22-2022 | | |
| TAX ACCT NO.: | 0385104 | EXPIRATION DATE: | | | |
| LOT: | | BLOCK: | | LIBER: 43753 | FOLIO: 114 |
| TAX MAP: 141 | | PARCEL: | | ELECTION DIST: 05 | SCD: |
| OWNERSHIP: | | SIGN NUMBER: | | | |
| NO STORIES: | | OCCUPANCY LOAD: | | DWELL UNTS: | PARKING SP: |
| HISTORICAL: | N | | | | |
| ELEVATOR: | | BASEMENT: | | ESCALATOR: | SPEC EXCEPT: |
| CBCA: | Y | | | | |

**WORK DESCRIPTION:** One Day Use amd Occupancy Permit for a nonprofit special event, outdoor 14405 Farmington Creek Rd, Accokeek MD 20607 On September 24TH 2022 from1pm - 7pm. No gen
**USE TYPE:** Single Family
**EXISTING USE:** Residential, Primary Residence
**USE (DPIE PROPOSED):** Special Event One Day
**SUBDIVISION:** FARMINGTON SPRINGS

*Melinda Bolling*
**Melinda Bolling**
Director

## Attention! This is NOT your Use and Occupancy Certificate or Construction Permit.

### INSPECTION APPROVALS

| BUILDING INSPECTOR | |
|---|---|
| HEALTH | |
| ELECTRICAL | |
| PLUMBING | |
| FIRE MARSHAL | |

*Inspectors may continue notes on reverse.*

### NOTICES
You must comply with Municipal, Homeowner/Civic Association and Local Covenants. A fine may be imposed if construction is begun without required approvals.
Job card is void six (6) months from date issued if no inspections have occurred. Must comply with Temporary Use requirements per Section 27-261 of the Zoning Ordinance.