# EXHIBIT 8



angela - <angela@intelligenttaxsolution.com>

## Airbnb: Airbnb Customer Service

**Airbnb Community Support** <reply@support-email.airbnb.com>  Sat, Jul 8, 2023 at 3:38 PM
Reply-To: reply-hlQ0upHEuRHQjhW3hFxhfw@support-email.airbnb.com
To: angela@intelligenttaxsolution.com



Airbnb Community Support

**Darcy P, Sat, 08 Jul 2023 19:38:43 GMT**

Hi Angela,

After careful review, we determined that your listing have met our Community Standards on Authenticity on this occasion, thanks for being part of our community.
You can find out more about our Community Standards at:

airbnb.com/standards

We want everyone in the Airbnb community, including your neighbors, to feel supported and comfortable.

Best,
Darcy

reply-hlQ0upHEuRHQjhW3hFxhfw@support-email.airbnb.com

## Airbnb Community support

Visit Help Center  •  Contact Airbnb

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103, USA



angela - <angela@intelligenttaxsolution.com>

## Airbnb: Airbnb Customer Service

angela - <angela@intelligenttaxsolution.com>  
To: reply-hlQ0upHEuRHQjhW3hFxhfw@support-email.airbnb.com

Fri, Jul 7, 2023 at 6:54 PM

Hi Darcy,

I can assure you there is no event happening at our home.  There are no bookings on the schedule.

--  
Angela Floyd, Enrolled Agent (EA), CAA, CTC  
Federal Tax Practitioner  
Licensed by the Internal Revenue Service

Intelligent Tax Solution  
240-455-4635 (Office)  
240-301-3479 (Text)  
1-(888)-202-3624 (Toll Free)  
(267)-482-2412 (Fax)  
www.intelligenttaxsolution.com  
Click Book an appointment  
Click here if you want me to call you  
Leave a review

**Client or Business Matters: Please note that if you have emailed Intelligent Tax after 5pm (Monday - Friday), a response to your email will not be provided until the next business day.**  In accordance with Circular 230 Treasury Department Regulations, we are required to advise you that any tax advice contained in this e-mail may not be relied upon to avoid penalties under the Internal Revenue Code.  If you are interested in a written opinion that can be relied upon to prevent the imposition of tax related penalties, please feel free to contact us.



We hope we've earned 5 stars!: **Review Us: "The greatest compliment is a referral"**

**Need Help? Click Below**

**Online Tax Preparation Request/ Getting Started**

**What to Send?**

**Pay For Preparation:**

Book An Appointment:



On Fri, Jul 7, 2023 at 6:49 PM Airbnb Community Support <reply@support-email.airbnb.com> wrote:



Airbnb Community Support

**Darcy P, Fri, 07 Jul 2023 22:49:06 GMT**

Hello Angela,

This is Darcy from Airbnb Community Support team, we act only on the Neighbor disturbance a party or event may cause on the surrounding area.

We're contacting you because we received a report about a

disturbance related to your listing, Waterfront Bliss Near Nations Capitol, on Jul 06, 2023.

Here's what your neighbor shared with us:
"The host or their occupants are planning a massive party for this Saturday July 8th called freak nik! The are advertising on Facebook and other social media sites. They are advertising loud noise, drugs, alcohol, strippers and shuttle buses. This will bring so much noise traffic and disturbances to this very quiet peaceful neighborhood."

Before we follow up on this matter, we wanted to reach out to you to gain a better understanding of the situation.

If you have any information or details that you would like to share regarding this report, please don't hesitate to respond to this message. If we don't hear back from you within 24 hours, we may take action based on the information contained in the above report.

Best,
Darcy

reply-hlQ0upHEuRHQjhW3hFxhfw@support-email.airbnb.com

## Airbnb Community support

Visit Help Center  •  Contact Airbnb

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103, USA