# EXHIBIT 9

From: **Calvert Manor Civic Association (CMCA)**<calvertmanorcivicassoc@gmail.com>
Date: Sat, Jul 1, 2023 at 4:01 PM
Subject:     CMCA Update: July 2023
To: <carlose.sellars@gmail.com>

View in browser



July 2023 | Calvert Manor Community Update

**If you have information that you need to communicate to members of the Calvert Manor community, please email CMCA VP, Dianne Wallace at calvertmanorcivicassoc@gmailcom**

# President's Note

Dear Community,
Happy Fourth of July! Whether you plan to stay home or go out to celebrate,

please do so safely and be courteous to neighbors both of the human and pet variety. Ashes and debris, etc. Drones have been observed and may be visible from Manor Park and are scheduled for this evening, Saturday, July 1 at approximately 9:15 PM (weather permitting).

A draft for the proposed budget for CMCA has now been approved by the Board and will be sent out in the next few days to paid members in good standing with the ability to vote. Be on the lookout for that email and the deadline associated with voting.

CMCA wants to continue to improve on last year's efforts towards increased social activities at Manor Park, and we hope to see more of you join us for some upcoming community events. If you want to see more activities or community happenings at Manor Park, please reach out to me with your ideas. We always welcome fresh ideas and willing hands. For any who might be interested, the Moyaone community is hosting a movie night at the pool on Bryan Point Road at 8 PM on Saturday July 22.

Enjoy a safe holiday, and I hope to see you around the neighborhood!

Colleen Puterbaugh
*CMCA President*

# Information about Local Events Impacting Calvert Manor



The graphic above is the event description associated with the notice of an event scheduled next week to be held on Farmington Creek Road across from Calvert Manor. Click here for link to full description of event

To be clear, the concern about this activity has nothing to do with the sponsors of the event or its scope, but rather whether it is appropriate to be staged within a residential community on single lane streets.

The CMCA Board has been involved in working with the Prince George's County Nuisance Abatement Board to obtain a legal ruling on event activity adjoining our neighborhood. If you have interests or concerns you would like to share with our local elected officials, contact information is posted on the CMCA website and can be reached by clicking here. Other significant recent events in our area of PG County, ie increased number of shootings and homicides, carjackings and rise in property crimes, are other topics of interest to our elected officials and to their constituents. Please make your voices heard Click here for link to find your elected officials.

# 2023-2024 CMCA Paid Members*

**\*This list is as of July 1, 2023 according to the current CMCA Treasurer. If you have paid your 2023 Annual dues and are not listed, please let the CMCA Board know!**

- Spring Grimes
- Jan & Deborah Biesiadecki
- Janis Gerrits
- Clements Estate
- Josefina Paglinawan
- Mike White
- Julio & Gladys Abot
- Kimberly Kinsey
- Joseph & Tammy Blue
- John Chandler
- Charles & Pam Williams
- Ernest & Lorraine Birkett
- Annmarie & Tim Buckley
- Sharon Eagle
- Linda Lee
- Leonard Koberg
- Rudolph Treder
- Flora Amwayi & Nelson Rosario
- Carole Popoff
- Katie Fisher & John Morris
- Dan Peebles & Brittany Lloyd
- Mike & Anna Spruill
- Henry Schuver
- Mary Knight
- Ernie & Shirley Doyle
- Chantal Jackson
- Todd Frantom & Polly Carran
- Tori and Tom Frezza
- Allison Rezzetta & Jacob Kass
- Judy Eaton
- J. Queen & Kay Budner
- Ana Najera

- Maria Femia
- Richard and Dianne Wallace
- Carin Walters
- Colleen & Lee Puterbaugh
- Kathy and Dean Naujoks
- Carlose Sellers
- Doug Harris
- Melissa and Adam Stamper
- Britany Coyle & Stephen Perkins
- Karl Kriemelmeyer
- Duane Mann
- Ginger Lease
- Drew & Megan Crigger
- Crystal and Tom Garcia
- Venice Lockman
- Marianne Klink
- Lexi & Stefan Sobiech
- Derek & Sheri Nestell
- Paul & Jumeye Nabinett
- Ian Walters
- Juan Villa
- Randi & Rafael Santana
- Miranda & Azra Eiden
- Maria Mendez
- Jameela & Eric Weans
- Jesse Poore
- Christopher and Kathryn Vincent
- Richard Tippett
- Nick & Victoria Kroon
- Linda Neilson
- Forrest Tanner
- Robin Davis

# Manor Park Happenings





I would like to publicly thank Randi & Rafael Santana for donating the new basketball hoop and backboard to Manor Park. I would also like to give Tim Buckley a deafening round of applause and a heartfelt pat on the back for ALL of his help in getting the new basketball goal installed. It took many, many hours and he was right there with me willing to brainstorm and figure out how to retrofit the new goal onto the existing pole. I also want to thank Annmarie Buckley and Richard Wallace for literally supporting (both mentally and physically) Tim and I throughout the three-day installation. We couldn't have done it without you!!!

I want to extend a really big thank you to Annmarie Buckley, Marianne Klink, Richard Wallace and Tori and Tom Frezza for participating with the CMCA Cleanup/General Maintenance Day on Sunday, June 11. Thanks to your elbow grease and sweat equity, we were able to continue painting two more of the picnic tables.

Unfortunately, as Chair of the Manor Park Grounds Committee, I have witnessed that there are some ongoing issues related to Manor Park, especially concerning vandalism, illegal parking, habitual trespassers, speeding and safety concerns for those walking or riding bikes in the community to reach Manor Park. I reached out to Cpl. Rannacher and Cpl. Blackwell (Calvert Manor's Community Safety Officers with PGPD) and we held a meeting at Manor Park on June 19. Here is a summary of the suggestions from PGPD:

- Prominently post the non-emergency phone number for PGPD at  Manor Park on the community bulletin board near the gate as well as in the pavilion.

- Implement and post new park rules to include information about marijuana [...] article discussing usage in neighborhood parks.
- Add some sort of lock to the port a pot.
- Add lighting
- Add cameras and signs that provide notice of video surveillance.
- Add a fence/gate to cover easily accessible areas to gain entry to Manor Park.
- Add more prominent signage that states no trespassing or hunting along with park hours of usage. *We analyzed the current sign and verified that it is faded due to the plexiglass cover and we are exploring what our options could be to add more prominent signage.
- Implement the usage of some type of ID that verifies membership at Manor Park. *CMCAs previous use of vehicle stickers was brought up but PGPD stated it would be good to have some sort of card with an expiration date associated with a membership ID. Their reasoning was that they can ask for this type of ID if someone calls the police about suspicious activity then typically it is easy to verify whether everyone on the park property is a member of Manor Park by looking at an ID associated with the membership.

The CMCA meeting with PGPD was very insightful and productive and we have decided to implement several of the inexpensive suggestions right away: Ie. the posting of phone numbers, rules and policies, a lock on the port a pot and the Calvert Manor Park membership ID. The more expensive suggestions need additional discussion but please be aware that we will be posting items on the community bulletin board at Manor Park, if you have reserved the pavilion you will need to be aware of the changes in Maryland regarding marijuana usage in a park and make your attendees aware of the new rules and policy. CMCA will be sending out Calvert Manor ID cards to current paid CMCA members by the end of July 2023.

**Manor Park Calendar of Events**

- *Member Reservation: Saturday, July 1*
- *Member Reservation: Saturday, July 8*
- *Member Reservation: Saturday & Sunday, July 15-16*
- *Member Reservation: Saturday, July 22*

Dianne Wallace, J.D.
*CMCA Vice President & Chair, Manor Park Grounds Committee*

# Be on the Lookout for 2nd Quarter Water Bills



2nd quarter water bills will be put into the mail this week**Avoid the fine by paying your bill before July 25th** If you haven't received your bill by July 10th, please contact Annmarie Buckley (CMC Billing Agent) at calvertmanorcorp@yahoo.com or TEXT 240-273-6359.

# Reminder: Fireworks are Illegal in PGC + July 4 Pet Safety

Just a reminder that fireworks are illegal in Prince Georges County. In the past few years there have been issues in the community with people gathering and shooting fireworks into a neighbors driveway and at least two occasions of community members shooting them from the pier at Manor Park. Aside from the fact that fireworks can cause havoc with any animals nervous system, there are some in the neighborhood who suffer from PTSD. Please be courteous of your neighbors and respectful of the law! If you want to see fireworks, head down to Indian Head July 4th - they put on a fantastic display!

*Annmarie Buckley*



The Fourth of July holiday can be very difficult for companion animals. With the hustle and bustle of people celebrating and the loud noise of the fireworks, many animals suffer severe stress and can cause damage or injury by trying to escape the noise. In the process, many terrified pets run away from home and get lost or hit by cars. It is the busiest holiday of the year for animal care and control agencies, as they run numerous calls for injured pets that have gotten loose.

To help your pets get through this holiday, you may wish to:

- restrict them to one room of the house (such as a bedroom)
- give them a t-shirt with your smell on it to cuddle up with
- put a radio in the room turned to a classical music station with the volume down low
- hang out with them while you read a book or watch TV

**Make sure they have a collar with I.D. tags in case they should get out of the house. If your pet is not microchipped, contact your veterinarian to discuss having them microchipped.**

Should the worst happen and your pet does get out of the house, he may run very far and very fast to escape the noise. Contact the Prince George County Animal

Services Division at (301) 780-7200 to leave a lost report and visit us, daily if possible. While many shelters try, we do not have the staff to get a description of your pet and ours may be very different. You may also wish to contact veterinary offices in your area and other nearby animal shelters to leave a lost report with them.

Help keep your pet safe and healthy, and at home. Several hours of care on your part will keep your pet safe for a lifetime.

Several hours of care on your part will keep your pet safe for a lifetime. For more information visit www.princegeorgespets4us.com.

# Independence Day Holiday Waste Collection Schedule



# Concerned About Airplane Noise?

Southern Maryland, Fair Skies Coalition (**SMFSC**), was founded to seek solutions to decrease aircraft noise and air pollution south of DCA. The most severely impacted neighborhoods are Accokeek (CDP), Bryans Road (CDP), Bennsville (CDP), and Fort Washington (CDP), Maryland. If you would like to stay informed about any changes, you can subscribe for updates from Southern Maryland Fair Skies Coalition by clicking this link https://www.southernmarylandfairskiescoalition.com/

*Deborah Biesiadecki*

# Long Time Calvert Manor (Former) Resident Passes Away

It is with heavy heart that I share the news that long time (former) resident Charles 'Al' Jewell passed away Thursday June 28th 2023.

Al and his late wife Eileen lived on Ft Trail and (among other things) hosted the Annual Community Christmas gathering for nearly 50 years!

Serving as the one man Park maintenance committee, Al could often be found at Manor Park, fixing fences, repairing picnic tables and helping to repair and maintain the pier! He never missed a community activity – whether social or work related, and was always ready and willing to pitch in and help. For years he advised Eileen and I on the content of the Palaver.

I am blessed to have been friends with both he and Eileen and wish everyone in the community had had the opportunity to know them and (just perhaps) been inspired by their dedication to and willingness to help everyone in Calvert Manor.

Visitation will take place at Raymond Funeral Home in LaPlata Monday July 3rd , from 5pm to 8pm

*Annmarie Buckley*

# July is National Lost Pet Prevention Month



July is recognized as Lost Prevention Month, a time dedicated to raising awareness about the steps pet parents can take to prevent their furry companions from going missing and to increase the change of their safe return if they do get lost. Pet owners are encouraged to update their contact information, secure their yards and homes, keep pets on leashes or in secure enclosures, and create emergency plans in case their pets go missing. Proper identification of your pets, microchipping, and responsible pet ownership are especially emphasized.

To report a lost pet call(301) 720-7800 or visitwww.princegeorgespets4us.com

**Calvert Manor Civic Association**

102 Captain Brendt Drive
Accokeek, Maryland 20607

