## RESPONSE BY MARIANNE KLINK, DEFENDANT, TO COMPLAINT FILED BY ANGELA AND PRINCE FLOYD, PLAINTIFFS, CASE NO. 8:24-cv-1789

1. Allegation: The Floyds were one of the first Black Families to reside in the Calvert Manor neighborhood located in Accokeek:
   FACT: the Floyds' property is NOT located in the Calvert Manor Subdivision in Prince Georges County. Their address on Farmington Creek Road is not part of the Calvert Manor Subdivision. See Exhibit 8 (copy attached) which identifies the location of 14405 Farmington Creek Road in the subdivision of Farmington Springs.

2. Allegation: M. Klink, Defendant, has publically referred to the Floyds as "criminals" and destroying the fabric of the Calvert Manor neighborhood:
   FACT: I have NEVER publically or privately referred to the Floyds as "criminals" or destroying the fabric of Calvert Manor. I will testify to this under oath.

3. Allegation: M. Klink, Defendant, lodged police complaints against the Floyds, including at time of Floyds' private social gatherings.
   FACT: I have never lodged a complaint by telephone to local police upon occasions of gatherings at the Floyds' residence. I will testify to this under oath.

### BACKGROUND

19 and 22:   The Floyds' residence is characterized as being situated within the Calvert Manor neighborhood in Accokeek, Maryland, and that they are eligible to be members of the Calvert Manor Civic Association (CMCA)

FACT: As noted in item 1, the Floyds' property is not located in Calvert Manor. They are not eligible to become members of CMCA, and they were advised of the property ownership requirement when they first inquired about membership in approximately 2020.

### FALSE COMPLAINTS BY DEFENDANTS FEMIA & CMCA:

28 and 29:   Defendant Klink email to Defendant Rannacher requesting status of "inquiries" by PGCPD of the Floyds and an "assessment of ways to control the situation. Also allegation that Defendant Klink was responsible as President of CMCA Board for reference to the Floyds as "disrespectful and inconsiderate" due to serious concerns about "questionable activity" at their residence.

FACT:   As a CMCA Board member, I emailed Corporal Rannacher on June 24, 2021, at the request of CMCA members who were seeking information about the status of complaints they had filed regarding noise and traffic incidents at the Floyds' residence. I also requested advice from the PGCPD about the appropriate means to address concerns that the Floyd residence was being used as an event venue.

However, the allegation that I was responsible for reference to the Floyds as "disrespectful and inconsiderate" due to serious concerns about "questionable activity" at their residence is completely false. That language was not in my email to Corporal Rannacher, nor have I used it at any other time. I will testify to this under oath.

## WRONGFUL CONDUCT BY DEFENDANTS R. WALLACE AND D. WALLACE/"FREAK NIK" FLYER"

42-44: Defendant Klink is characterized as providing information to CMCA residents about community concerns and complaints about activities at the Floyds' residence as a member of the CMCA Board.

FACT: The activities at 14405 Farmington Creek Road that resulted in "frivolous complaints" (as characterized in this allegation) included large numbers of persons (who occasionally arrived by private transit buses), significant numbers of cars, catering, and service trucks parked on narrow streets within Calvert Manor, and very loud amplified music and DJ speakers. The most-often concern voiced by Calvert Manor homeowners was that the Floyd Estates (as identified on pillars bordering the property) was operating as an event location, staffed by Security personnel and supported by ticket sales. The presence of the Freak Nik Flyer on social media in July 2023 identified the planned location for the July 8 event as Floyd Estates and advertised exotic dancers, hookah, parking for 150 cars, and shuttle busing from overflow parking at the Accokeek Park and Ride. Shocked residents of Calvert Manor did contact law enforcement and county officials to register concerns about the appropriateness of such an event in a small residential neighborhood.

The 4-person volunteer Board of Directors of CMCA responded to community requests for information about the appropriate means of making their concerns and opinions known to county government entities and law enforcement officials through a July monthly newsletter. At no time, did I personally suggest or infer that objections to activities conducted at 14405 Farmington Creek Road was or is based on the race of the owners. I will testify to this under oath.

## HARM CAUSED

131. Actions by Defendants have also hindered the Floyds' ability to participate in community activities and decision-making processes. Being excluded from the CMCA ....have deprived the Floyds the full benefits and privileges of living in their neighborhood.

FACT: The Floyds were not excluded from the CMCA at any time; they have never been eligible for membership. Property ownership in Calvert Manor is a requirement for membership. The Floyds' residence, 14405 Farmington Creek Road, is located in the Farmington Springs subdivision.

## COUNT 1/ CIVIL RIGHTS ACT

144. Defendant Klink engaged in conduct that interfered with the Floyds' rights Section 1981 by (a) refusing to allow the Floyds to be members of the CMCA; (b) calling the police to report the Floyds each time the Floyds held a private social gathering at their Accokeek residence; (c) referring to the Floyds as "criminals" and disparaging them in communications with other residents of the community; (d) claiming that the Floyds were engaging in unlawful activity at their Accokeek Residence in communications with third parties, including other residents of the community; and (e) conspiring with one or more of the CMCA Defendants and representatives of DPIE and the PGCPD to target the Floyds with unjustified enforcement actions.

145, 163,164 Defendant Klink's conduct was premised on the Floyds' race. Defendant Klink acted intentionally, and with malice, in interfering with the Floyds' rights under Section 1981.

FACT: In previous responses within this document, I specifically denied in detail the allegations regarding CMCA membership, calling the police each time they had a social event, referencing the Floyds as "criminals", and conspiring against the Floyds based on their race in previous responses to assertions in this complaint.

I am 75 years old and a resident of Prince George County MD for my entire adult life. I am a retiree from both the Legislative and Executive Branches of the Federal Government. I have never been accused of intolerance, discrimination, harassment, or malice based on race or ethnicity in either professional or personal actions. I will testify to this under oath.

## COUNT VI: Private Nuisance by the CMCA Defendants

FACT: Please note my personal answers to each of the allegations made against the Calvert Manor Civic Association Defendants. I served on the Board of Directors during the period of 2020-2024. I have responded in previous Sections of this Complaint to these allegations.

I will testify under oath to my responses.

## COUNT VIII: Defamation by Defendant Klink

FACT: Please note my personal answers to each of the previous allegations made against the CMCA Defendants. I will testify under oath to these statements.

**COUNT IX: Conspiracy to Interfere with Business Relationships by CMCA Defendants**

FACT: I had no knowledge of the Airbnb complaint filed regarding the Floyd contract. I will testify to this under oath.

## COUNT X:  Fair Housing Act

Allegation:  Defendant Klink took action to deprive the Floyds of membership in the Calvert Manor Civic Association.

FACT:  I did not engage in any action that deprived the Floyds of membership in the Calvert Manor Civic Association.  CMCA by-laws define membership eligibility as owners of property within Calvert Manor.  The Floyds' residence is located in the Farmington Springs subdivision.

## COUNT XI:  Intentional Infliction of Emotional Distress

Allegation that Defendant Klink engaged in extreme and outrageous conduct to intentionally inflict emotional distress on the Floyds.

FACT:  My sole concern as a resident of Calvert Manor is the occurrence of near-by activities that are restricted by law in residential communities.  I would welcome the opportunity to review existing evidence that I engaged in "extreme" and "outrageous" conduct.  I had no intention of inflicting emotional stress on the Floyds.  I will testify to this under oath.

## PRAYER FOR RELIEF

The Floyds request a judgment of seven actions, including (A) Declare that the Floyds are qualified to be members of the CMCA and that the CMCA must afford the Floyds the opportunity to become members of the CMCA.

FACT:  This action would not be legal under the duly registered By-laws of the Calvert Manor Civic Association which require ownership of property within Calvert Manor to be eligible for membership.  The Floyds' residence, 14405 Farmington Creek Road, is located in the Farmington Springs subdivision, Prince Georges County.

Submitted by:  *Marianne Klink*

Marianne Klink

14303 Leonard Calvert Drive

Accokeek, MD  20607

Summons was delivered through Certified Mail, United States Post Office, July 26, 2024