Ms. Marianne Klink
14303 Leonard Calvert Dr.
Accokeek, MD 20607-9746

CAPITAL DISTRICT 208

7 AUG 2024 PM 1 L

FILED ___ ENTERED
LOGGED MB RECEIVED

AUG 09 2024

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

US District Court Clerk
Courts of Law
6500 Cherrywood Lane
#200
Greenbelt, MD 20770

20770-720350

