Name Shalaby Porter
BCP# 2023-2892
Housing Unit M 212
Berks County Jail System
1287 County Welfare Rd
Leesport, PA 19533-9397

HARRISBURG PA 171
7 AUG 2024 PM 1 L

USDC Dist of MD
Clerk of Courts
101 W. Lombard St
Baltimore MD 21201

21201-260599



FILED ___ ENTERED
LOGGED ___ RECEIVED

AUG 9 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019