## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ANGELA FLOYD, *et al.*** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | *   **Case No:  8:24-CV-1789** |
| | * |
| **PRINCE GEORGE'S COUNTY, *et al.*** | * |
| | * |
| | * |
| **Defendants.** | * |

### DEFENDANTS PRINCE GEORGE'S COUNTY MARYLAND AND STEPHEN RANNACHER'S ANSWER TO THE COMPLAINT

Defendants Prince George's County, Maryland, and Stephen Rannacher, by and through undersigned counsel and pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, assert the following answer to the complaint and presentation of affirmative defense*s*:

### I.  GENERAL DENIAL

The defendants deny the allegations of liability in the complaint and that this court has jurisdiction to entertain it.

### II. RESPONSE TO SPECIFIC AVERMENT OF FACTS

1. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 1 of the Complaint.

2. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 2 of the Complaint.

3. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 3 of the Complaint.

4. Defendants are without sufficient information and knowledge to admit or deny

the allegations in paragraph 4 of the Complaint.

5. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 5 of the Complaint.

6. Paragraph 6 states Plaintiff's theory for this Court having subject matter jurisdiction over Federal Constitution claims and requires no answer.

7. Paragraph 7 states Plaintiff's theory for this court having supplemental jurisdiction over State Constitutional and common law claims and requires no answer.

8. Paragraph 8 asserts that venue is proper in the District of Maryland and requires no answer.

9. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 9 of the Complaint.

10. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 10 of the Complaint.

11. Defendants admit the allegations in paragraph 11 of the Complaint.

12. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 12 of the Complaint.

13. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 13 of the Complaint.

14. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 14 of the Complaint.

15. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 15 of the Complaint.

16. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 16 of the Complaint.

17. Defendants are without sufficient information and knowledge to admit or deny

the allegations in paragraph 17 of the Complaint.

18. Defendants admit the allegations in paragraph 18 of the Complaint.

19. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 19 of the Complaint.

20. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 20 of the Complaint.

21. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 21 of the Complaint.

22. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 22 of the Complaint.

23. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 23 of the Complaint.

24. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 24 of the Complaint.

25. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 25 of the Complaint.

26. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 26 of the Complaint.

27. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 27 of the Complaint.

28. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 28 of the Complaint.

29. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 29 of the Complaint.

30. Defendants are without sufficient information and knowledge to admit or deny

the allegations in paragraph 30 of the Complaint.

31. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 31 of the Complaint.

32. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 32 of the Complaint.

33. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 33 of the Complaint.

34. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 34 of the Complaint.

35. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 35 of the Complaint.

36. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 36 of the Complaint.

37. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 37 of the Complaint.

38. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 38 of the Complaint.

39. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 39 of the Complaint.

40. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 40 of the Complaint.

41. Defendants deny the allegations in paragraph 41 of the Complaint.

42. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 42 of the Complaint.

43. Defendants are without sufficient information and knowledge to admit or deny

the allegations in paragraph 43 of the Complaint.

44. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 44 of the Complaint.

45. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 45 of the Complaint.

46. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 46 of the Complaint.

47. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 47 of the Complaint.

48. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 48 of the Complaint.

49. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 49 of the Complaint.

50. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 50 of the Complaint.

51. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 51 of the Complaint.

52. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 52 of the Complaint.

53. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 53 of the Complaint.

54. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 54 of the Complaint.

55. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 55 of the Complaint.

56. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 56 of the Complaint.

57. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 57 of the Complaint.

58. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 58 of the Complaint.

59. Defendants deny the allegations in paragraph 59 of the Complaint.

60. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 60 of the Complaint.

61. Defendants deny the allegations in paragraph 61 of the Complaint.

62. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 62 of the Complaint.

63. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 63 of the Complaint.

64. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 64 of the Complaint.

65. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 65 of the Complaint.

66. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 66 of the Complaint.

67. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 67 of the Complaint.

68. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 68 of the Complaint.

69. Defendants are without sufficient information and knowledge to admit or deny

the allegations in paragraph 69 of the Complaint.

70. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 70 of the Complaint.

71. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 71 of the Complaint.

72. Defendants deny the allegations in paragraph 72 of the Complaint.

73. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 73 of the Complaint.

74. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 74 of the Complaint.

75. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 75 of the Complaint.

76. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 76 of the Complaint.

77. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 77 of the Complaint.

78. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 78 of the Complaint.

79. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 79 of the Complaint.

80. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 80 of the Complaint.

81. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 81 of the Complaint.

82. Defendants are without sufficient information and knowledge to admit or deny

the allegations in paragraph 82 of the Complaint.

83. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 83 of the Complaint.

84. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 84 of the Complaint.

85. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 85 of the Complaint.

86. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 86 of the Complaint.

87. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 87 of the Complaint.

88. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 88 of the Complaint.

89. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 89 of the Complaint.

90. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 90 of the Complaint.

91. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 91 of the Complaint.

92. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 92 of the Complaint.

93. Defendants admit the allegations in paragraph 93 of the Complaint.

94. Defendants admit the allegations in paragraph 94 of the Complaint.

95. Defendants deny the allegations in paragraph 95 of the Complaint.

96. Defendants deny the allegations in paragraph 96 of the Complaint.

97. Defendants deny the allegations in paragraph 97 of the Complaint.

98. Defendants deny the allegations in paragraph 98 of the Complaint.

99. Defendants admit the allegations in paragraph 99 of the Complaint.

100. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 100 of the Complaint.

101. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 101 of the Complaint.

102. Defendants deny the allegations in paragraph 102 of the Complaint.

103. Defendants deny the allegations in paragraph 103 of the Complaint.

104. Defendants admit the allegations in paragraph 104 of the Complaint.

105. Defendants admit the allegations in paragraph 105 of the Complaint.

106. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 106 of the Complaint.

107. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 107 of the Complaint.

108. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 108 of the Complaint.

109. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 109 of the Complaint.

110. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 110 of the Complaint.

111. Defendants admit the allegations in paragraph 111 of the Complaint.

112. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 112 of the Complaint.

113. Defendants are without sufficient information and knowledge to admit or deny

the allegations in paragraph 113 of the Complaint.

114. Defendants deny the allegations in paragraph 114 of the Complaint.

115. Defendants deny the allegations in paragraph 115 of the Complaint.

116. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 116 of the Complaint.

117. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 117 of the Complaint.

118. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 118 of the Complaint.

119. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 119 of the Complaint.

120. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 120 of the Complaint.

121. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 121 of the Complaint.

122. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 122 of the Complaint.

123. Defendants deny the allegations in paragraph 123 of the Complaint.

124. Defendants deny the allegations in paragraph 124 of the Complaint.

125. Defendants deny the allegations in paragraph 125 of the Complaint.

126. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 126 of the Complaint.

127. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 127 of the Complaint.

128. Defendants are without sufficient information and knowledge to admit or deny

the allegations in paragraph 128 of the Complaint.

129. Defendants deny the allegations in paragraph 129 of the Complaint.

130. Defendants deny the allegations in paragraph 130 of the Complaint.

131. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 131 of the Complaint.

132. Defendants deny the allegations in paragraph 132 of the Complaint.


## COUNT I
### Violation of Section 1981 of the Civil Rights Act of 1866, 42 U.S.C. § 1981

133. Paragraph 133 adopts and incorporates allegations from previous paragraphs and requires no answer.

134. Paragraph 134 outlines Plaintiff's "Legal Framework" for the Complaint. No factual averments are made and therefore no answer is required.

135. Paragraph 135 outlines Plaintiff's "Legal Framework" for the Complaint. No factual averments are made and therefore no answer is required.

136. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 136 of the Complaint.

137. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 137 of the Complaint.

138. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 138 of the Complaint.

139. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 139 of the Complaint.

140. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 140 of the Complaint.

141. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 141 of the Complaint.

142. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 142 of the Complaint.

143. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 143 of the Complaint.

144. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 144 of the Complaint.

145. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 145 of the Complaint.

146. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 146 of the Complaint.

147. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 147 of the Complaint.

148. Defendants deny the allegations in paragraph 149 of the Complaint.

149. Defendants deny the allegations in paragraph 149 of the Complaint.

150. Defendants deny the allegations in paragraph 150 of the Complaint.

151. Defendants deny the allegations in paragraph 151 of the Complaint.

152. Defendants deny the allegations in paragraph 152 of the Complaint.

## COUNT II
### Violation of Section 1982 of the Civil Rights Act of 1866, 42 U.S.C. §1982

153. Paragraph 153 adopts and incorporates allegations from previous paragraphs and requires no answer.

154. Paragraph 154 outlines Plaintiff's "Legal Framework" for the Complaint. No factual averments are made and therefore no answer is required.

155. Paragraph 155 outlines Plaintiff's "Legal Framework" for the Complaint. No

factual averments are made and therefore no answer is required.

156. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 156 of the Complaint.

157. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 157 of the Complaint.

158. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 158 of the Complaint.

159. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 159 of the Complaint.

160. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 160 of the Complaint.

161. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 161 of the Complaint.

162. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 162 of the Complaint.

163. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 163 of the Complaint.

164. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 164 of the Complaint.

165. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 165 of the Complaint.

166. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 166 of the Complaint.

167. Defendants deny the allegations in paragraph 167 of the Complaint.

168. Defendants deny the allegations in paragraph 168 of the Complaint.

169. Defendants deny the allegations in paragraph 169 of the Complaint.

170. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 170 of the Complaint.

171. Defendants deny the allegations in paragraph 171 of the Complaint.

## COUNT III
**Violation of Fourteenth Amendment, Equal Protection Clause**
**42 U.S.C. §1983**

172. Paragraph 172 adopts and incorporates allegations from previous paragraphs and requires no answer.

173. Paragraph 173 outlines Plaintiff's "Legal Framework" for the Complaint. No factual averments are made and therefore no answer is required.

174. Defendants deny the allegations in paragraph 174 of the Complaint.

175. Defendants deny the allegations in paragraph 175 of the Complaint.

176. Defendants deny the allegations in paragraph 176 of the Complaint.

177. Paragraph 177 outlines Plaintiff's "Legal Framework" for the Complaint. No factual averments are made and therefore no answer is required.

178. Paragraph 178 outlines Plaintiff's "Legal Framework" for the Complaint. No factual averments are made and therefore no answer is required.

179. Paragraph 179 outlines Plaintiff's "Legal Framework" for the Complaint. No factual averments are made and therefore no answer is required.

180. Defendants deny the allegations in paragraph 180 of the Complaint.

181. Defendants deny the allegations in paragraph 181 of the Complaint.

182. Defendants deny the allegations in paragraph 182 of the Complaint.

183. Defendants deny the allegations in paragraph 183 of the Complaint.

184. Defendants deny the allegations in paragraph 184 of the Complaint.

<u>**COUNT IV**</u>

**Violation of Article 24 of the Maryland Declaration of Rights**

185. Paragraph 185 adopts and incorporates allegations from previous paragraphs and requires no answer.

186. Paragraph 186 outlines Plaintiff's "Legal Framework" for the Complaint. No factual averments are made and therefore no answer is required.

187. Defendants deny the allegations in paragraph 187 of the Complaint.

188. Defendants deny the allegations in paragraph 188 of the Complaint.

<u>**COUNT V**</u>

**Violation of Section 1985 of the Ku Klux Klan Act of 1871, 42 U.S.C. §1985**

189. Paragraph 189 adopts and incorporates allegations from previous paragraphs and requires no answer.

190. Paragraph 190 outlines Plaintiff's "Legal Framework" for the Complaint. No factual averments are made and therefore no answer is required.

191. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 191 of the Complaint.

192. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 192 of the Complaint.

193. Defendants deny the allegations in paragraph 193 of the Complaint.

194. Defendants deny the allegations in paragraph 194 of the Complaint.

195. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 195 of the Complaint.

196. Defendants deny the allegations in paragraph 196 of the Complaint.

197. Defendants are without sufficient information and knowledge to admit or deny

the allegations in paragraph 197 of the Complaint.

198. Defendants deny the allegations in paragraph 198 of the Complaint.

199. Defendants deny the allegations in paragraph 199 of the Complaint.

200. Defendants deny the allegations in paragraph 200 of the Complaint.

201. Defendants deny the allegations in paragraph 201 of the Complaint.


## COUNT VI

### PRIVATE NUISANCE

202. Paragraph 202 adopts and incorporates allegations from previous paragraphs and requires no answer.

203. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 203 of the Complaint.

204. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 204 of the Complaint.

205. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 205 of the Complaint.

206. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 206 of the Complaint.

207. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 207 of the Complaint.

208. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 208 of the Complaint.

209. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 209 of the Complaint.

210. Defendants are without sufficient information and knowledge to admit or deny

the allegations in paragraph 210 of the Complaint.

## COUNT VII

### TRESPASS

211. Paragraph 211 adopts and incorporates allegations from previous paragraphs and requires no answer.

212. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 212 of the Complaint.

213. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 213 of the Complaint.

214. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 214 of the Complaint.

215. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 215 of the Complaint.

216. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 216 of the Complaint.

217. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 217 of the Complaint.

## COUNT VIII

### Defamation

218. Paragraph 218 adopts and incorporates allegations from previous paragraphs and requires no answer.

219. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 219 of the Complaint.

220. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 220 of the Complaint.

221. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 221 of the Complaint.

222. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 222 of the Complaint.

223. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 223 of the Complaint.

## COUNT IX

### Conspiracy to Interfere with Business Relationship

224. Paragraph 224 adopts and incorporates allegations from previous paragraphs and requires no answer.

225. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 225 of the Complaint.

226. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 226 of the Complaint.

227. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 227 of the Complaint.

228. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 228 of the Complaint.

229. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 229 of the Complaint.

## COUNT X

### Violation of Fair Housing Act, 42 U.S.C. §§3601-3619

230. Paragraph 230 adopts and incorporates allegations from previous paragraphs and requires no answer.

231. Paragraph 231 outlines Plaintiff's "Legal Framework" for the Complaint. No factual averments are made and therefore no answer is required.

232. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 232 of the Complaint.

233. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 233 of the Complaint.

234. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 234 of the Complaint.

### COUNT IX

**Intentional Infliction of Emotional Distress**

235. Paragraph 235 adopts and incorporates allegations from previous paragraphs and requires no answer.

236. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 236 of the Complaint.

237. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 237 of the Complaint.

238. Defendants are without sufficient information and knowledge to admit or deny the allegations in paragraph 238 of the Complaint.

### III.   AFFIRMATIVE DEFENSES

1. Prince George's County, Maryland enjoys governmental immunity from the state law claims asserted.

2. The plaintiffs lack Article III standing and thus the court lacks subject matter jurisdiction.

3. The plaintiff's state law claims are barred by the untimely notice of claim they sent to the County Attorney, contrary to the requirement of Courts & Judicial Proceedings

Article §5-304.

4. The plaintiffs have failed to exhaust administrative remedies.

5. The plaintiffs' claims are barred by the statute of limitations.

6. The individual defendant asserts qualified immunity from liability for the claims asserted under federal law.

7. The individual defendant's actions were legally justified.

8. The plaintiffs' claims are barred in whole or in part by res judicata and/or collateral estoppel.

9. Plaintiffs have failed to state a claim upon which relief may be granted.

10. The plaintiff's claims are barred by doctrines of abstention.

11. Defendants did not act with malice or evil motive.

Respectfully submitted,

*Dwight Jackson*
Dwight Jackson, Fed. Bar No.
30945 Associate County Attorney
**THE PRINCE GEORGE'S COUNTY OFFICE OF LAW**
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
(301) 952-3941 voice
(301) 952-3071 facsimile
*Counsel for the Defendants*